**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| YRC WORLDWIDE, INC. AND | ) | |
| YRC, INC., | ) | Case No. |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Removal from District Court of |
| v. | ) | Johnson County, Kansas |
| XL INSURANCE (BERMUDA) LTD, | ) | Civil Court Department |
| | ) | Case No. 11CV07345 |
| Defendant. | ) | |

**DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for XL Insurance

(Bermuda) Ltd. hereby gives notice the following corporate interests are disclosed:

1.      The parent companies of the corporation:  XL Group plc, formerly known as XL

Capital Ltd

2.      Subsidiaries not wholly owned by the corporation:  None.

3.      Any publicly held company that owns ten percent (10%) or more of the

corporation:  None.

Dated:  September 23, 2011                          Respectfully submitted,

**GREENSFELDER, HEMKER & GALE, P.C.**

By:___/s/ Timothy M. Huskey_____
         Timothy M. Huskey
         Kansas Bar #17592
         10 South Broadway, Suite 2000
         St. Louis, Missouri  63102
         Telephone:  314-241-9090
         Facsimile:  314-345-5499
         tmh@greensfelder.com

         *Attorney for Defendant*
         *XL Insurance (Bermuda) Ltd*

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on the 23rd day of September, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice to the following:


Michael J. Abrams
Stacy M. Andreas
LATHROP & GAGE LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
mabrams@lathropgage.com
sandreas@lathropgage.com

*Attorneys for Plaintiffs*
*YRC Worldwide, Inc. and YRC Inc.*

   I further certify that I mailed the foregoing and notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Joseph L. Chairez
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626

Jeffrey T. Williams
Chris Bator
BAKER & HOSTETLER LLP
PNC Center
1900 East Night Street, Suite 3200
Cleveland, OH 44114-3482

*Attorneys for Plaintiffs*
*YRC Worldwide, Inc. and YRC Inc.*


           /s/ Timothy M. Huskey