IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| YRC Worldwide, Inc. and YRC Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> XL Insurance (Bermuda) Ltd., <br><br> Defendant. | CASE NO. 2:11-CV-02534-JTM <br><br> JUDGE J. THOMAS MARTEN <br><br> MAGISTRATE JUDGE JAMES P. O'HARA <br><br> **NOTICE OF ANTI-SUIT INJUNCTION AND DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs YRC Worldwide, Inc. and YRC Inc. (collectively, "YRC") hereby notify the Court that on September 19, 2011, Defendant XL Insurance (Bermuda) Ltd. ("XL") obtained, *ex parte*, an anti-suit injunction Order from the High Court of Justice, Queen's Bench Division, Commercial Court, in London, England, 2011 Folio No. [1086]. A copy of that Order is attached hereto as Exhibit A and incorporated herein.

On the terms of the Order, YRC would be in violation of the Order if it were to oppose XL's pending Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) and Motion to Compel Arbitration. Furthermore, the Order includes a penal notice that if YRC were

to disobey that Order, it could be held in contempt of the court and be subject to fines, seizure of assets, as well as the imprisonment of its directors, servants and/or agents.

Accordingly, because of the operation and effect of the attached Order from the London court, YRC must refrain from opposing XL's pending Motions. YRC therefore, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, gives notice of the dismissal of this lawsuit without prejudice.

Respectfully submitted,

/s/ Michael J. Abrams
Michael J. Abrams (KS 15407)
Stacy M. Andreas (KS 14350)
Lathrop & Gage LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108
Telephone:  816.292.2000
Facsimile:  816.292.2001
e-mail:  mabrams@lathropgage.com
         sandreas@lathropgage.com

Attorneys for Plaintiffs YRC Worldwide, Inc. and YRC Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically this 12th day of October, 2011 and that notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

/s/  Michael J. Abrams

503783695.1

17572023v1