# EXHIBIT A

2139006v1

IN THE HIGH COURT OF JUSTICE                          2011 Folio No.[1086]

QUEEN'S BENCH DIVISION

COMMERCIAL COURT

AND

IN THE MATTER OF THE ARBITRATION ACT 1996

AND

IN THE MATTER OF AN INTENDED ARBITRATION

BEFORE HH JUDGE MACKIE QC

B E T W E E N:-

XL INSURANCE (BERMUDA) LTD

Applicant / Claimant

- and -

(1) YRC WORLDWIDE, INC.

(2) YRC INC.

Respondents / Defendants

## ORDER

TO:

(1) YRC Worldwide, Inc.
10990 Roe Avenue, Overland Park, Kansas 66211, United States of America

(2) YRC Inc.
10990 Roe Avenue, Overland Park, Kansas 66211, United States of America

### PENAL NOTICE

IF YOU, THE WITHIN NAMED RESPONDENTS / DEFENDANTS, DISOBEY THIS ORDER YOU MAY BE HELD TO BE IN CONTEMPT OF COURT, LIABLE TO BE FINED OR HAVE YOUR ASSETS SEIZED AND ANY YOUR DIRECTORS, SERVANTS AND/OR AGENTS IMPRISONED AND/OR FINED

**IMPORTANT:-**

**NOTICE TO YRC WORLDWIDE, INC. AND YRC INC. ("THE DEFENDANTS")**

(1) **This Order prohibits you from doing the acts set out in this Order. You should read it all carefully. You are advised to consult a solicitor as soon as possible. You have a right to ask the Court to vary or discharge this Order.**

(2) **If you disobey this Order you may be found guilty of Contempt of Court and any of your directors may be sent to prison or fined and you may be fined or your assets may be seized.**

## THE ORDER

An Application was made by Counsel for the Claimant, XL Insurance (Bermuda) Ltd ("XL Bermuda") (who is the Claimant in an Arbitration Claim against the Defendants) to the Judge who heard the Application supported by the Witness Statement listed in Schedule 1 to this order, and accepted the undertakings in Schedule 2 at the end of this Order.

**IT IS ORDERED** that:

1. Until further order, the Defendants must not whether by themselves or by their directors, officers, servants or agents or otherwise howsoever:

    a. prosecute, pursue and/or otherwise continue and/or take any further substantive or procedural step against XL Bermuda in the proceedings commenced by the Petition against XL Bermuda with the Civil Action No. 11CV07345 Div 08 in the District Court of Johnson County, Kansas on 26 August 2011 (the "Kansas Proceedings") (whether in the state courts of Kansas or subsequent to any removal of the said Kansas Proceedings to federal court) insofar as the said Kansas Proceedings concern and/or relate to XL Bermuda and/or otherwise breach the

2

terms of the valid and binding London arbitration agreement between the Defendants and XL Bermuda contained in Condition E of the Broad Form Employment Practices Liability Insurance Policy No. BM00021096EP05A issued by XL Bermuda to the Defendants (the "Policy"), save for the purposes of dismissing, withdrawing and/or otherwise discontinuing the said Kansas Proceedings against XL Bermuda;

b. seek and/or obtain an anti-suit injunction and/or temporary restraining order restraining and/or preventing XL Bermuda from pursuing and/or otherwise enforcing the said valid and binding London arbitration agreement; and/or

c. prosecute, pursue and/or otherwise continue any proceedings against XL Bermuda in respect of any dispute arising under the Policy other than pursuant to the valid and binding London arbitration agreement contained in Condition E of the Policy.

2. The Claimant may issue and serve the Arbitration Claim Form, the Application and this Order on the Defendants out of the jurisdiction at 10990 Roe Avenue, Overland Park, Kansas 66211, United States of America and/or by the Defendants' attorneys in the Kansas Proceedings, Lathrop & Gage LLP, 2345 Grand Boulevard, Suite 2200, Kansas City, MO 64108, United States of America or Baker & Hostetler LLP, 600 Anton Boulevard, Suite 900, Costa Mesa, CA 92626.

3. If the Defendants wish to defend the Claim they must acknowledge service within 22 days of being served with the Claim Form.

4. Costs reserved.

## VARIATION OR DISCHARGE OF THIS ORDER

The Defendants may agree with XL Bermuda's solicitors that this Order may be varied in any respect but any such agreement must be in writing.

The Defendants may apply to the Court at any time to vary or discharge this Order but if they wish to do so they must first give forty-eight (48) hours notice to XL Bermuda's solicitors in writing.

## NAME AND ADDRESS OF XL BERMUDA'S SOLICITORS

XL Bermuda's solicitors are:-

Sedgwick, Detert, Moran & Arnold LLP
Fitzwilliam House,
10 St Mary Axe,
London, EC3A 8BF.
++ 44 (0)207 398 8900
Ref: NJM/LJJ/00471.025574

## THE EFFECT OF THIS ORDER

The Defendants must not, by themselves, their directors, officers, employees, servants and/or agents or in any other way, do anything which it is ordered not to do. The Defendants must not do it through others acting on their behalf or on their instructions or with their encouragement.

## SERVICE OF THIS ORDER

This Order shall be served by XL Bermuda.

4

## SCHEDULE 1

### Witness statements

The Claimant relied on the following Witness Statement:

    1) Witness statement of Mark Guy Chudleigh dated 13 September 2011.

    2) Exhibit MGC-1 to the above witness statement.

    3) Exhibit MGC-2 to the above witness statement.

## SCHEDULE 2

### Undertakings given to the Court by the Claimant

1. To pay any damages which the Defendants (or any other party served with or notified of this Order) shall sustain which the Court considers XL Bermuda should pay.

2. To issue and serve the Claim Form on the Defendants as soon as practicable.

3. To draw up and provide to the Defendants as soon as practicable a note confirming the substance of what was said to the Court by XL Bermuda and a copy of the skeleton argument provided to the Judge.